

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

July 27, 2021

**MEMO ENDORSED**

**BY ECF:**
Hon. Jesse M. Furman, District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, New York 10007

      RE:    United States v. Olanrewayu Ajibola
             Case No.: 21-cr-00472-6 (JMF)
             <u>Request for Modification of Release Conditions</u>

Dear Judge Furman:

      Please be advised that Spodek Law Group P.C. represents Mr. Olanrewayu Ajibola, the Defendant in the above-referenced matter. Mr. Ajibola was released on a personal recognizance bond on <u>June 2, 2021</u> (ECF No.: 25).

      Mr. Ajibola respectfully requests that Your Honor consider a modification of his present release conditions. One such condition is that Mr. Ajibola must continue to live at the Woodlawn Place residence. After Mr. Ajibola was released on bond, however, we learned from pretrial services that there had been a miscommunication as to the correct address for Mr. Ajibola. The Woodlawn Place residence is the home of Mr. Ajibola's Mother-in-Law, and not that of his Wife. Mr. Ajibola's Wife resides at the Longworth Street residence. The Longworth Street address has been provided to pretrial services, and a home visit has already been conducted.

      In light of this misunderstanding, Mr. Ajibola requests that the Court grant him permission to reside with his spouse, rather than his Mother-in-Law, at the Longworth Street residence. Both residences are located within the District of New Jersey. Neither the Government nor pretrial services oppose Mr. Ajibola's request.

      Thank you for your consideration.

                                  Sincerely,
                            **Spodek Law Group P.C.**
                               /S/ Todd A. Spodek

TAS/az
  cc:    All Counsel (By ECF)
           Pretrial Officer John Rothman (By Email)

Application GRANTED.

Date:     August 2, 2021          SO ORDERED.
          New York, New York

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE