UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Cr. 472-6 (KPF) |
| OLANREWAYU AJIBOLA, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court has learned that the Government and Mr. Ajibola have reached a tentative plea agreement. Accordingly, the parties are ORDERED to appear for a change of plea hearing on **June 14, 2022, at 2:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  June 8, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge