

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

**BY ECF:**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:   USA v. Olanrewayu Ajibola,
Case No.: 1: 21 CR 472-06(KPF)
Unopposed Letter Motion to Modify Sentencing Date and Enlarge time to file Sentencing Memorandums

Dear Judge Failla:

Please be advised I represent **Olanrewayu Ajibola**. I respectfully request that we have a two (2) week extension of time to file our sentencing memorandum, an extension of time for the Government's sentencing memorandum, and the sentencing date.

Per the court's June 14, 2022 Minute Order Defendant's Sentencing Memorandum is due October 11, 2022, the Government's Sentencing Memorandum is due October 18, 2022, and the sentencing is scheduled for October 25, 2022 at 3:00 PM. This is our first request to enlarge time to file the sentencing memorandums and to adjourn the sentencing date.

I have spoken with AUSA Micah Fergenson who has no objection to a two-week adjournment.

Thank you for your consideration.

Sincerely,

**Spodek Law Group P.C.**
/s/ Todd A. Spodek
Todd A. Spodek

cc:   AUSA Micah F. Fergenson (By Email).
AUSA Matthew J. King (By Email).

Application GRANTED.  The sentencing hearing currently scheduled for October 25, 2022, is hereby **ADJOURNED to November 10, 2022, at 12:00 p.m.**  Defendant shall submit his sentencing memorandum by October 27, 2022, and the Government shall submit its sentencing memorandum by November 3, 2022.

The Clerk of Court is directed to terminate the pending motion at docket entry 141.

Dated:     October 11, 2022            SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE