UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OLANREWAYU AJIBOLA,<br><br>Defendant. | 21 Cr. 472 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to a scheduling conflict, the sentencing hearing scheduled to take place on December 2, 2022, is hereby rescheduled to **November 29, 2022, at 3:00 p.m.**

SO ORDERED.

Dated:   November 16, 2022
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge