UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OLANREWAYU AJIBOLA,<br><br>                    Defendant. | 21 Cr. 472-6 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to a scheduling conflict, the sentencing hearing scheduled to take place on December 9, 2022, is hereby **ADJOURNED to December 22, 2022, at 3:30 p.m.**

SO ORDERED.

Dated:  December 6, 2022
            New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge