



**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

February 7, 2023

**BY ECF:**

Hon. Katherine Polk Failla
District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007

**MEMO ENDORSED**

      RE:    United States v. Olanrewayu Ajibola
              Case No.: 1:21-cr-00472-6 (KPF)
              Request for Associate Attorney Permission to Appear

Dear Judge Failla:

      Please be advised that Spodek Law Group P.C. represents **Olanrewayu Ajibola**, the Defendant in the above-referenced matter. I apologize for the eleventh-hour filing. I respectfully request that Your Honor permit my associate, Jeremy Feigenbaum, to appear for this morning's bail review hearing. Mr. Feigenbaum has been an associate with my firm since 2017 and is familiar with the facts and circumstances surrounding Mr. Ajibola's case.

      I am scheduled to board JetBlue flight B6 1515 to San Francisco, CA today at 12:15 PM (see **Exhibit A**). The reason for my flight is my engagement before the Hon. Jacqueline Scott Corley in the Northern District of California in the matter of United States v. Gnanasampanthan Sabaratnam under Case No.: 22-cr-00313 (JSC) on February 8, 2023.

      Thank you for your consideration.

                            Sincerely,
                        **Spodek Law Group P.C.**
                         /S/ Todd A. Spodek

TAS/az
cc:    All Counsel (By ECF).

---

85 Broad Street, 17th Floor NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com

Application GRANTED.  Although the Court is cognizant of other engagements, the Court does not look kindly on late-breaking requests of this nature.  Indeed, Mr. Spodek presumably knew of his trip to California well in advance of today's conference.  The Court expects that Mr. Spodek will be more attentive to any conflicts in his schedule in the future.

The Clerk of Court is directed to terminate the pending motion at docket entry 213.

Dated:     February 7, 2023          SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE